**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 3:23-cr-71/TKW**

**MARCUS D. SPEARS**
_______________________________/

# ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, MARCUS D. SPEARS**,** to Counts One, Two, and Three of the indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 2nd day of November, 2023.

T. Kent Wetherell II

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**